# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO ERIK CONTRERAS,<br><br>Plaintiff(s),<br><br>v.<br><br>JAMES GARCIA, *et al.*,<br><br>Defendant(s). | Case No. 1:18-cv-01077-AWI-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 6) |

On December 4, 2018, Plaintiff filed a notice of voluntary dismissal of this action with prejudice. (ECF No. 6). Thus, the case has ended, and is dismissed. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: __**December 5, 2018**__          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

1